MARCH 12, 1958

Reap. Dec. 9095.—*Arbit Trading Co.* v. *United States.* Entered at New York, N. Y. [Not published.] Motion by plaintiff.